JUAN SOLTERO, demandante y apelante, *v.* ENCARNACIÓN TORRES, demandada y apelada.

No. 5578—*Sometido:* Noviembre 18, 1931. *Resuelto:* Noviembre 24, 1931.

*Guillermo S. Pierluisi* y *R. Atiles Moreau,* abogdos del apelante; *Agustín E. Font, abogado de la apelada.*

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

En un procedimiento de divorcio instituído por el marido fundado en trato cruel, la corte inferior se basó en parte en el caso de *Galip* v. *Drag,* 28 D.P.R. 818. La corte dijo que supuesta crueldad en una sola ocasión, creíble por la prueba presentada, no podía justificar un divorcio. En el caso de *Galip* v. *Drag, supra,* esta corte resolvió que la ocasión allí descrita no justificaba un decreto en favor del

demandante. No decidimos que un solo acto de crueldad no podía justificar un divorcio. *Ladux* v. *Delgado,* 36 D.P.R. 634, se pronuncia en sentido contrario. Según entendemos, en el presente caso, al igual que en el de *Galip* v. *Drag, supra,* la corte no halló suficiente el acto descrito.

El apelante sostiene que la prueba revela repetidos y variados actos de crueldad. La corte, sin embargo, no solamente no creyó la otra prueba, sino que halló que la conducta del demandante no estaba exenta de culpa. Convenimos con el apelante en que la serie de actos descritos hubiesen justificado un divorcio, pero no encontramos que haya pasión o prejuicio en la conclusión de la corte inferior. El informe del fiscal sostiene tal conclusión.

*La sentencia debe ser confirmada.*